UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 12, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>BENJAMIN CAMERON HALPAIN , )<br><br>Defendant. ) | Case No. 2:11-CR-00005-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  BENJAMIN CAMERON HALPAIN  , Case

No. 2:11-CR-00005-MCE , Charge Title 18 USC §2252 , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ 50,000 co-signed

        ✔   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        ✔   (Other)   with pretrial supervision and conditions of release as

        stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 12, 2011 at 3:15 pm .

By _____

Dale A. Drozd
United States Magistrate Judge