DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BENJAMIN HALPAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 11-0005-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE:  April 14, 2011 |
| BENJAMIN HALPAIN, ) | TIME:  9:00 a.m. |
| ) | JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, defendant, BENJAMIN HALPAIN, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Thursday, March 3, 2011, be continued to Thursday, April 14, 2011, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

1  through the date of the status conference set for April 14, 2011,
2  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
3  (Local Code T4).
4  DATED: February 24, 2011      Respectfully submitted,
5                                DANIEL J. BRODERICK
                                  Federal Defender
6
                                  /s/ Matthew M. Scoble
7                                 MATTHEW M. SCOBLE
                                  Assistant Federal Defender
8                                 Attorney for Defendant
                                  BENJAMIN HALPAIN
9

10
    DATED: February 24, 2011      BENJAMIN B. WAGNER
11                                United States Attorney

12                                /s/ Matthew M. Scoble for
                                  KYLE REARDON
13                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
14

15

16

17                                **O R D E R**

18    **IT IS SO ORDERED.**  Time is excluded from today's date through and
19  including April 14, 2011, in the interests of justice pursuant to 18
20  U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code
21  T4.
22   Dated: February 28, 2011
23
24  _____
25  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE
26
27
28

**2**