```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BENJAMIN HALPAIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 11-0005-MCE |
| Plaintiff, ) | **AMENDED STIPULATION AND ORDER** |
| v. ) | DATE: July 7, 2011 |
| BENJAMIN HALPAIN, ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. ) | |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, defendant, BENJAMIN HALPAIN, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Thursday, May 12, 2011, be continued to Thursday, July 7, 2011, at 9:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.
///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 7, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 9, 2011            Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Matthew M. Scoble
                              MATTHEW M. SCOBLE
                              Assistant Federal Defender
                              Attorney for Defendant
                              BENJAMIN HALPAIN


DATED: May 9, 2011            BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Matthew M. Scoble for
                              KYLE REARDON
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 7, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: May 16, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE