DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW M. SCOBLE Bar #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MATTHEW M. SCOBLE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. Cr. S. 11-0005-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY PRETRIAL CONDITIONS |
| BENJAMIN CAMERON HALPAIN | |
| Defendant. | |

On January 12, 2011, Mr. Halpain made his first appearance on an indictment filed by the government. The Court released Mr. Halpain on several pretrial conditions and under the supervision of the Pretrial Services Office. Among the conditions of release, the defendant was not to possess a computer in his residence. The defendant's performance while on pre-trial release has been exemplary. The defendant lives with his sister, brother-in-law, and girlfriend. All of whom need access to computers and the internet. These individuals have been supportive of the defendant and instrumental in his ability to work well with pre-trial services. In light of the defendant's excellent performance on supervision, and the needs of his friends and

family, the defense hereby requests that the Court modify Mr. Halpain's pretrial release to include the following condition:

> There may be up to three (3) computers in the defendant's residence for use by other people.  The defendant is not to have access to any of these computers.  Any computer in the defendant's residence must be secured by the use of:  a 'dongle' security device, a password, a physical barrier [e.g. locked door or cabinet], or another security method, as approved by the Pretrial Services Officer.

Pretrial Services Officer Taifa Gaskins concurs with this request.  The government does not oppose the requested modification.

Dated:   September 23, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
_____
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
BENJAMIN HALPAIN

**O R D E R**

Although this paper is described as a "stipulation," there are no signatures on it aside form the moving party.  Generally, such a mis-identified document would not be signed.  However, in this case, the undersigned accepts the representation of defense counsel that neither Pretrial Service nor the United States Attorney opposes the modification.  The conditions of pretrial release are hereby modified to include the above computer condition.

SO ORDERED

Dated: September 23, 2011

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2