1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    2:11-CR-00005-MCE
                                )
12        Plaintiff,             )    FINAL ORDER OF FORFEITURE
                                )
13     v.                        )
                                )
14 BENJAMIN CAMERON HALPAIN,    )
                                )
15        Defendant.             )
   _____)
16

17      WHEREAS, on or about August 8, 2011, this Court entered a
18 Preliminary Order of Forfeiture pursuant to the provisions of 18
19 U.S.C. § 2253, based upon the plea agreement entered into between
20 plaintiff and defendant Benjamin Cameron Halpain and the finding
21 of forfeiture by the Court forfeiting to the United States the
22 following property:
23           a)   One HP Desktop computer, serial number US13604710;
24           b)   One 250 GB Seagate hard drive, serial number
                  6RYHKREJ; and
25
             c)   One 320 GB Western Digital hard drive, serial
26                number WCAt17075684.
27    AND WHEREAS, beginning on August 9, 2011, for at least 30
28 consecutive days, the United States published notice of the

                              1         Final Order of Forfeiture

1  Court's Order of Forfeiture on the official internet government
2  forfeiture site www.forfeiture.gov.  Said published notice
3  advised all third parties of their right to petition the Court
4  within sixty (60) days from the first day of publication of the
5  notice for a hearing to adjudicate the validity of their alleged
6  legal interest in the forfeited property.
7     AND WHEREAS, the Court has been advised that no third party
8  has filed a claim to the subject property, and the time for any
9  person or entity to file a claim has expired.
10     Accordingly, it is hereby ORDERED and ADJUDGED:
11     1.  A Final Order of Forfeiture shall be entered forfeiting
12  to the United States of America all right, title, and interest in
13  the above-listed property pursuant to 18 U.S.C. § 2253, to be
14  disposed of according to law, including all right, title, and
15  interest of Benjamin Cameron Halpain.
16     2.  All right, title, and interest in the above-listed
17  property shall vest solely in the name of the United States of
18  America.
19     3.  The U.S. Marshals Service shall maintain custody of and
20  control over the subject property until it is disposed of
21  according to law.
22     IT IS SO ORDERED.

Dated: November 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE