# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Benjamin Cameron Halpain        **Docket Number:**   0972 2:11CR00005

**Name of Judicial Officer**:   Senior United States District Judge Morrison C. England, Jr.

**Date of Original Sentence:**   10/13/2011

**Original Offense:** 18 U.S.C. § 2252(a)(2) – Receipt and Distribution of Child Pornography  (Class C Felony)**;** 18 USC 2253 – Criminal Forfeiture

**Original Sentence:** 70 months custody Bureau of Prisons; 120 month term of Supervised Release; $100 special assessment; Mandatory drug testing; No firearms; DNA collection.

**Special Conditions:**   Warrantless search; Aftercare co-payment for treatment or testing services; Computer restrictions; No contact with minors; Computer search; No pornography; Third-party disclosure to employer for computer use; Sex offender treatment; Sex offender risk assessment; Polygraph.

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    11/10/2016

**Other Court Actions:  None**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

9. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

10. As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

11. The defendant's residence shall be pre-approved by the probation officer. The defendant shall not reside in direct view of places such as school yards, parks, public swimming pools, or recreational centers, playgrounds, youth centers, video arcade facilities, or other places primarily used by children under the age of 18.

12. The defendant shall register, as required in the jurisdiction in which he resides, as a sex offender.

**Justification:** Based on the nature of the offense, a condition allowing pre-approval of the offender's residence is recommended as it will minimize any potential risk to the surrounding community. Further, based on Halpain's extensive mental history and history of alcohol abuse, mental health treatment and abstinence from alcohol are also recommended. Of note, the original judgement does not include sex offender registration. As such, a condition requiring Halpain to register as a sex offender is also recommended.

Respectfully submitted,
**/s/ Miranda Lutke**

**DATED:** 2/22/2017

**MIRANDA L. LUTKE**
**United States Probation Officer**
Telephone: (916) 786-2989

Reviewed by,
**/s/ Shari R. Simon**

**SHARI R. SIMON**
**Senior United States Probation Officer**

## THE COURT ORDERS:

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other

Dated: February 22, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Kyle Reardon

Defense Counsel: Matthew Scoble